

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00217-CV

| | | |
|---|---|---|
| Kevin Alaimo | § | From the 158th District Court |
| | § | of Denton County (15-04164-158) |
| v. | | |
| | § | August 13, 2015 |
| SRMOF II 2012-1 Trust, U.S. Bank Trust National Association, Not in its Individual Capacity But Soley As Trustee | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth